**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **CASE NO.** |
| | **)** | |
| **2734 PEACHTREE RD NW, UNIT** | **)** | |
| **#C202 ATLANTA, GA 30305** | **)** | |

## VERIFIED FORFEITURE *IN REM*

COMES NOW the United States of America, (the "United States" or the "Government"), by and through David H. Estes, United States Attorney for the Southern District of Georgia, and Xavier A. Cunningham, Assistant United States Attorney, and brings this Verified Complaint for Civil Forfeiture *In Rem*, with the following allegations:

## NATURE OF THE ACTION

1.      *In Rem* civil forfeiture is permissible under Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

2.      The Defendant Property is subject to civil forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A), because it constitutes real property involved in a transaction or attempted transaction in violation of section 18 U.S.C. § 1956.

## THE DEFENDANT *IN REM*

3.      The Defendant is a condominium located at 2734 Peachtree Rd NW, Unit #C202, Atlanta, Georgia 30305 (hereinafter, the "Defendant Property").

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a). This Court has *In Rem* jurisdiction over the Defendant Property under 28 U.S.C. § 1355(b).

5.      Venue is proper pursuant to 28 U.S.C. § 1395 as some of the acts described herein have a nexus to on-going criminal activity that is currently under investigation in the Southern District of Georgia.

## BASIS FOR FORFEITURE

6.      This civil forfeiture *In Rem* action stems from an investigation into the legitimacy of funds obtained by Dennis Rodriquez KINCHEN from the United States Small Business Administration ("SBA") Office of Disaster Assistance, which were then transferred or otherwise deposited by KINCHEN at financial institutions.

7.      A review of records received from the SBA Office of Disaster Assistance, related to SBA Loan #2729867804, Application #3301278531, revealed that on April 1, 2020, Economic Injury Disaster Loan ("EIDL") Application number 3301278531 was created for INFINITY TRUCKING CO LLC. This initial application summary further described the business activity of INFINITY TRUCKING CO LLC as "Transportation."

8.      Subsequently, KINCHEN signed a Loan Authorization and Agreement on May 24, 2020, and thereafter received an SBA EIDL loan in the amount of $87,300. Records also revealed this loan was later modified and, on September 21, 2021,

KINCHEN executed an Amended Loan Authorization and Agreement, and his total SBA EIDL loan amount was increased from $87,300 to $500,000.

9.    A further review of these records revealed that the Loan Authorization and Agreement signed by KINCHEN on May 24, 2020, pertaining to his initial SBA EIDL loan and the Amended Loan Authorization and Agreement signed by KINCHEN on September 21, 2021, pertaining to the subsequent increase of his SBA EIDL loan, both contain the heading "Use of Loan Proceeds." The paragraph contained under this heading in each document states: *"Borrower will use all the proceeds of this Loan solely as working capital to alleviate economic injury caused by disaster occurring in the month of January 31, 2020, and continuing thereafter and for loans of more than $25,000 to pay Uniform Commercial Code (UCC) lien filing fees [...]."*

10.    A review of records received from Morris Bank revealed a deposit from "SBAD TREAS 310/MISC PAY" [1] on September 28, 2021, in the amount of $412,700 to a Morris Bank account held in the name of INFINITY TRUCKING COMPANY, LLC (Account #94595).

11.    Current records of the Georgia Corporations Division of the Georgia Secretary of State list Dennis KINCHEN as the registered agent of INFINITY TRUCKING COMPANY, LLC.

---

[1] Financial Institutions identify deposits coming from the United States Treasury Small Business Administration Disaster relief program as SBAD 310. These identifications are specifically designed for the EIDL loan program Congress enacted as referenced above.

12.    KINCHEN is a signer on Morris Bank account #94595.

13.    Prior to receiving the $412,700 in SBA funds the statement balance of Morris Bank account #94595 was only $4,722.68.

14.    Records further revealed, the deposit of $412,700 was marked as an "SBAD TREAS 310/MISC PAY" deposit.

15.    Following this deposit, on October 21, 2021, KINCHEN conducted a wire transfer in the amount of $325,000 from Morris Bank account #94595 to Colony Bank account number #8218 held in the name INFINITY TRUCKING CO LLC.

16.    Documentation for this wire transfer stated that the purpose for the transfer is "Purchase Property."

17.    Bank records for Colony Bank account #8218 were obtained as the result of a search warrant, signed by the Honorable Lisa Goldwire-Colbert, Judge of the Superior Court of Chatham County, Eastern Judicial Circuit of Georgia and executed by CNT.  This Colony Bank account is held in the name of INFINITY TRUCKING CO LLC with KINCHEN as the sole signatory.  Colony Bank's records also reflect an incoming wire transfer in the amount of $325,000 on October 21, 2021.

18.    Prior to the receipt of this wire transfer, bank records indicated account number #8218 had a balance of only $3,905.53. Following this, on October 22, 2021, the records show an outgoing wire transfer to "The Ifill Law Group, LLC" in the amount of $25,000. On October 25, 2021, a Colony Bank "Miscellaneous Form" was utilized to conduct a transfer in the amount of $300,000. On the form a handwritten

note reads, "transfer to cd #213026794 loan collateral per Dennis Kinchen." This "Miscellaneous Form" also purports to be signed by KINCHEN.

19.    On this same date, October 25, 2021, KINCHEN was also issued a check from Colony Bank for the amount of $300,000. The back of this check shows that it was specially endorsed by KINCHEN in the following manner: "Pay to the order of Infinity Trucking Co LLC." The bank's internal transaction stamps show, however, that this check was not deposited into Colony Bank account number #8218 until October 26, 2021; after the purchase of the CD on October 25, 2021. Furthermore, these Colony Bank records included a separate "Miscellaneous Form," which is also dated October 25, 2021, which included the handwritten description "loan fees xx8692 (POC)" and which also purports to be signed by KINCHEN.

20.    These records corroborate the belief that the funds used to purchase CD #213026794 were the SBA funds that KINCHEN transferred from his account at Morris Bank (account #94595).

21.    Additionally, on November 3, 2021, a cash deposit in the amount of $6,500 was made into Colony Bank account #8218. The next day, on November 4, 2021, Colony Bank records detail an outgoing wire transfer to "NEEL, ROBINSON AND STAFFORD, LLC," in the amount of $306,380.72.

22.    An internet search for Neel, Robinson and Stafford, LLC shows that they are a law firm in the Atlanta, Georgia area, who specializes in only four areas, including residential real estate closings. A search of the Fulton County, Georgia's Board of Assessors website revealed a property record in the name of Dennis

KINCHEN for property located at 2734 Peachtree Rd NW, Unit #C202.  The property record further shows that the sale to KINCHEN took place on November 5, 2021.

23.    The Government believes that this residential property was purchased with money traceable to and/or derived from Bank Fraud and subsequent misuse of SBA COVID EIDL loan funds as well as through the use of comingled illicit proceeds.

## CLAIM FOR RELIEF

**WHEREFORE**, the United States of America requests that the Defendant Property be forfeited and condemned to the United States of America pursuant to the provisions of 18 U.S.C. § 981(a)(1)(A); that it be awarded its costs and disbursements in this action; and that it be granted such further relief as this Court deems proper and just.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Xavier A. Cunningham*
_____
Xavier A. Cunningham
Assistant United States Attorney
New York Bar Number 5269477

P.O. Box 8970
Savannah, GA 31412
(912) 652-4422

## **VERIFICATION OF COMPLAINT FOR FORFEITURE *IN REM***

I, Special Agent Lupersio Perez with United States Drug Enforcement Administration, have read the foregoing Complaint for Forfeiture *in Rem* in this action and state that its contents are true and correct to the best of my knowledge and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This 21st day of March 2022.

/s/ Lupersio Perez
LUPERSIO PEREZ
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION