IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-64 |
| v. | |
| 2734 PEACHTREE RD NW, UNIT #C202 ATLANTA, GA 30305, | |
| Defendant. | |

**O R D E R**

The above captioned case filed in the Savannah Division of this Court is currently assigned to the undersigned.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable Chief Judge J. Randal Hall.

**SO ORDERED**, this 21st day of June, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA