IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CV 422-064 |
| 2734 PEACHTREE RD., NW, UNIT C#202, ATLANTA, GA, 30305, | * | |
| Defendant. | * | |

O R D E R

Before the Court is the Parties' stipulation of dismissal. (Doc. 69.)  All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  **IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.  The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** the case.  Each party shall bear its own costs and fees unless otherwise agreed upon.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of March, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA